UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION


| | |
|---|---|
| ELSA B. CABRERA, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF THE NAVY, )<br>        Defendant. ) | JUDGMENT<br><br>No. 4:12-CV-206-H |

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED plaintiff's complaint is dismissed without prejudice for failure to effect service within the time prescribed by Rule 4(m) and this case is closed.**

<u>This Judgment Filed and Entered on June 17, 2013, with service on:</u>

Elsa B. Cabrera, Pro Se

316 Lee Drive

Havelock, NC 28532


Joshua B. Royster, Assistant US Attorney   (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| June 17, 2013 | DENNIS P. IAVARONE, CLERK |
| | <u>/s/ Lisa W. Lee</u><br>(By): Lisa W. Lee, Deputy Clerk |